# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-18-00140-CV
_____

### ZENA LICHON, Appellant

### V.

### JOSEPH LICHON, Appellee

**On Appeal from the 410th District Court
Montgomery County, Texas
Trial Cause No. 14-01-00124-CV**

## MEMORANDUM OPINION

The appellant, Zena Lichon, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

1

Submitted on July 25, 2018
Opinion Delivered July 26, 2018

Before McKeithen, C.J., Horton and Johnson, JJ.